# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00563-CR

**Michael Anthony Pam, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 62777, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Michael Anthony Pam pleaded guilty to a charge of possession with intent to deliver a controlled substance. After Pam pleaded true to allegations of prior convictions, the trial court assessed punishment at twenty-five years in prison and a $2,000 fine, plus court costs and appointed attorneys' fees.

Appellant's court-appointed attorney has filed a motion to withdraw and a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 744-45 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75, 80-81(1988); *High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. 1978). Appellant received a copy of counsel's brief and was advised of his right to examine the appellate record and

to file a pro se brief. Appellant requested and received additional time to find counsel to assist him in preparing a brief. No pro se brief has been filed.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal. Counsel's motion to withdraw is granted.

Affirmed.

_____

G. Alan Waldrop, Justice

Before Justices Patterson, Pemberton and Waldrop

Affirmed

Filed: May 29, 2009

Do Not Publish